**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FENSHE LIU, | No. 07-73047 |
| Petitioner, | Agency No. A095-184-748 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 3, 2013[**]
Pasadena, California

Before: KOZINSKI, Chief Judge, and GOULD and N.R. SMITH, Circuit Judges.

The record supports the IJ's adverse credibility finding regarding forced

sterilization, because Liu did not offer a "reasonable and plausible explanation" for

his omission of a material claim of persecution. *Rizk v. Holder*, 629 F.3d 1083,

[*]       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1088 (9th Cir. 2011) (internal quotation marks omitted); *accord Kin v. Holder*, 595 F.3d 1050, 1056-57 (9th Cir. 2010).

The record also supports the IJ's adverse credibility finding regarding his relationship with the Falun Gong, because he could not provide an adequate explanation for the reason that his household registration card indicated that he is a grain farmer rather than an owner of a construction business. *See Rizk*, 629 F.3d at 1088. However, even if we were to assume credibility on this issue, the record supports the IJ's conclusion that Liu did not establish an objectively reasonable fear of future persecution.

Because Liu did not adequately brief either his withholding of removal or CAT claims, these claims are waived. *See Kildare v. Saenz*, 325 F.3d 1078, 1085 n.3 (9th Cir. 2003).

**PETITION DENIED.**